UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VASQUEZ, ) | Case No. 03CV2194-J (WMc) |
| Petitioner, ) | |
| ) | **ORDER MODIFYING BRIEFING** |
| v. ) | **SCHEDULE** |
| CHERYL PLILER, Warden, ) | |
| Respondent. ) | |

On August 27, 2007, a Joint Motion to Modify Briefing Schedule was filed in the above captioned case. [Docket No. 40.] For good cause shown the Court grants the motion and issues the following Order:

1. Petitioner's Opening Brief regarding Equitable Tolling be filed and served no later than September 28, 2007.

2. Respondent's Opposition Brief be filed and served no later than October 19, 2007.

3. Petitioner's Reply Brief be filed and served no later than November 2, 2007.

4. The previously scheduled Hearing date of September 26, 2007 at 9:00 a.m. be vacated and re-set for **November 7, 2007 at 9:00 a.m.**

**IT IS SO ORDERED**.

DATED:   September 5, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Napoleon Jones
    U.S. District Judge

All Counsel and Parties of Record