UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VASQUEZ,<br><br>       Petitioner,<br><br>       v.<br><br>CHERYL PLILER, Warden,<br><br>       Respondent. | Case No. 03CV2194-J (WMc)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

On October 29, 2007, Responded submitted a request to extend the due date for the filing of the Opposition Brief. For good cause shown the Court grants the motion and issues the following Order:

    1. Respondent's Opposition Brief be filed and served no later than **November 23, 2007**, close of business.

    2. Petitioner's Reply Brief be filed and served no later than **December 12, 2007**.

    IT IS SO ORDERED.

DATED: October 31, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

1  cc: Honorable Napoleon Jones
2      U.S. District Judge

3  All Counsel and Parties of Record